08-00463 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches,
Plaintiff

Civil no:

v.

550

Big Lots Inc,
Michaels Stores Inc,
Defendants

Complaint

Comes now Plaintiff, Jonathan Lee Riches, moves under 42 USC 1983. I seek $37 million in damages. My cell at FCI Williamsburg in solitary has lead, high mercury counts because Defendants products are in here, bunkbeds, chairs, mattresses. This is unconstitutional, I'm getting sick, I get no fresh air, this is a civil rights violation.

Respectfully
Submitted
Jonathan Lee Riches